**Exhibit A to the Complaint**

**Location:** North Andover, MA  **IP Address:** 73.119.83.117
**Total Works Infringed:** 26  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash:<br>654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 08/13/2024<br>10:24:27 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 2 | Info Hash: 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE<br>File Hash:<br>B0CF8CDC8AB738EDE332DBC1B97E7D7E6A7F0F85DE8FDA2BE1DA130155775A70 | 08/04/2024<br>19:52:41 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 3 | Info Hash: D4DD03B0A4D38F33CB8297948D6329A2AEC37DEC<br>File Hash:<br>3459CFE6105F747F44998949FB849E319F92DF332F7048F306A8812817ADD7D3 | 07/22/2024<br>19:40:27 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 4 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash:<br>9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 06/30/2024<br>22:09:14 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 5 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash:<br>5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 06/28/2024<br>01:39:55 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 6 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash:<br>3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 06/28/2024<br>01:09:18 | Blacked | 11/12/2022 | 12/11/2022 | PA0002384761 |
| 7 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 06/18/2024<br>19:26:54 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 8 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash:<br>55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 06/04/2024<br>22:09:36 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 9 | Info Hash: 8E6EED497401E5632882329A13CCE181E0D45A1E<br>File Hash:<br>7EF068634F9DBFFFF69D13096D059481F3BD7CB4C08FB71B20294D69CF19CB36 | 05/06/2024<br>01:08:37 | Blacked Raw | 02/01/2020 | 03/15/2020 | PA0002240553 |
| 10 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash:<br>76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 04/21/2024<br>21:09:15 | Blacked | 10/24/2020 | 11/05/2020 | PA0002263386 |
| 11 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash:<br>2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 04/21/2024<br>20:45:22 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 04/21/2024 20:37:31 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 13 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 04/21/2024 20:31:48 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 14 | Info Hash: 623D4B76B7DEFED0C91EDD5FE108D7E986691273<br>File Hash: 9AE624B51FE7E991F6BD22B67494B7D5F2FB79F3EBC4716BA7064A888A376388 | 04/07/2024 22:24:28 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 15 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 03/14/2024 02:18:14 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 16 | Info Hash: AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash: 3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 02/28/2024 00:20:23 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 17 | Info Hash: C5F97651D6D0ACCAF80962B6D247D3DB106817EF<br>File Hash: E275AC4E3CC73AE8590AFE10FDDB66AD111E7FF023E5E17F9F8AE2B5513A30F8 | 02/27/2024 01:55:49 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 18 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 02/16/2024 03:39:34 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 19 | Info Hash: 056C78DF7A658DDF50A2394F5E4FA18BCF095426<br>File Hash: C7B5E9A9DE1D0417FB7352EE102DE1F8518F2717FA82F7799F0D561762B24FAB | 11/17/2023 11:30:15 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 20 | Info Hash: 9FE743BAF7076C7B1416416DCB8787E922B10AE8<br>File Hash: 864FB11C75DB49869286CB31C2C3DAB5089D12FB89320C22D56A56FF3EDFB509 | 11/17/2023 06:19:35 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 21 | Info Hash: EEA471AC58E44D8C08CE5F008CA4FCB8A1BC3DBE<br>File Hash: 735FE6B829D412D28DFC82EBD327201FA1C37D6BF60692C929223A8CFB3F447E | 08/19/2023 14:15:57 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 22 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 03/22/2023 21:36:36 | Blacked Raw | 11/01/2021 | 11/11/2021 | PA0002321320 |
| 23 | Info Hash: 7EC41A2781FDD54B52A2E7B842DAADA1906D4EC9<br>File Hash: 32A0FF90F847F3B19BAA4468BAA74EBCFBFCBD242633C4A5D1A3A06D5E04F827 | 02/05/2023 21:21:51 | Tushy | 11/01/2020 | 11/18/2020 | PA0002272627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CCE9FA128205198C6A014556AFF4DC9D7866B695<br>File Hash: DC039FBA2E3A8C417DEB586E91B486E5E45000ADFAA1FD03BBEDA0A87D45A37C | 01/18/2023 22:53:57 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 25 | Info Hash: 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC<br>File Hash: FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 08/27/2022 17:24:49 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 26 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash: 43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 08/27/2022 17:24:42 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |